AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 3:19-SW-0002DMC | Date and time warrant executed: 02/15/2019, 7:00 p.m. | Copy of warrant and inventory left with: No residents present, copy left on dining table |

Inventory made in the presence of:
Not Applicable

Inventory of the property taken and name of any person(s) seized:

1) White Samsung cell phone bearing an In-N-Out sticker, Model SPH-L710T, ICCID 89011200000418031505
2) Blue HTC cell phone, model OPM9110
3) Samsung Galaxy Core Prime cell phone, gray in color, Model SM-G360V, IMEI 990004888923715
4) Gray Samsung cell phone, model SHG-T399N, BEARING # 354796/06/857823/1
5) LG cell phone, black in color, model LG329G, SN 604CQHE239761
6) Samsung flip style cell phone, model SM-B311V, MEID HEX: A0000048AA1682
7) Paperwork and documents including manila folders labeled "Toyota Scion" and "KIA Sedona," a typewritten paper entitled "Vickie O'Malley 440-321-1446," and a packet of typewritten papers entitled "AMANDA, EMILY AND BEN"
8) Sandisk micro SD card adapter and micro SD card labeled 2GB model SD-C02G, SN 1120CS4645F
9) Calendar (Walking Dead), paperwork, and receipts including Certificates of Death for JAN SOLHEIM SIMONSEN and INGRID MARIE SIMONSEN
10) Bank of America statement in the name of DOROTHY M. SIMONSEN and JANET M. CLARK, account ending in -3722, paperwork and receipts including a copy of a birth certificate for EMILY NICOLE OTTE
11) Purple jacket with "Pacific Crest" label, size M
12) iPhone 6S plus cell phone white and rose gold in color, model A1687 with cracked screen
13) iPhone 6S cell phone white and rose gold in color, model A1688
14) Older style iPhone black in color
15) Greeting cards, spiral notebook, and papers

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04/15/2019

*Executing officer's signature*

Peter A. Jackson, Special Agent
*Printed name and title*